# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN RISENHOOVER,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>    Respondent. | Case No. 1:18-cv-00486-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR ORDER OF DESIGNATION OF RECORD ON APPEAL<br><br>(ECF No. 11) |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 23, 2018, Petitioner filed a motion for order of designation of record on appeal pursuant to Federal Rule of Appellate Procedure 10(b)(1), and a statement of evidence under Rule 10(c) of the Federal Rules of Appellate Procedure when a transcript is unavailable. (ECF No. 11).

The basis for Petitioner's motion is Rule 10 of the Federal Rules of Appellate Procedure. The Federal Rules of Appellate Procedure "govern procedure in the United States *courts of appeals*." Fed. R. App. P. 1(a) (emphasis added). The instant matter, however, is proceeding in the United States *district court*, and Rule 10 of the Federal Rules of Appellate Procedure is not applicable at this stage of the proceedings.

///

1

To the extent Petitioner wishes specific records to be submitted to the Court, the Court notes that it has ordered Respondent to file any and all transcripts or other documents necessary for the resolution of the issues presented in the petition.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for order of designation of record on appeal is DENIED.

IT IS SO ORDERED.

Dated: **April 26, 2018**　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE