# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN RISENHOOVER, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, <br><br> Respondent. | Case No. 1:18-cv-00486-EPG-HC <br><br> ORDER DENYING PETITIONER'S MOTION TO DENY RESPONDENT'S ENLARGEMENT OF TIME AND DECLARATION OF OPPOSITION TO ANY FURTHER ENLARGEMENT OF TIME <br><br> (ECF No. 26) |

On September 17, 2018, the Court received the instant motion to deny Respondent's September 10, 2018 motion for extension of time and to deny any further delay. (ECF No. 26). The Court reviews any party's request for an extension of time when the request is made and in light of the particular circumstances of the case. Here, the Court has already granted Respondent's September 10, 2018 motion for an extension of time. (ECF No. 25). Additionally, given that Respondent has filed a response to Petitioner's supplemental brief, there are no pending deadlines and this matter has been deemed submitted.

Accordingly, Petitioner's motion (ECF No. 26) is DENIED as moot.

IT IS SO ORDERED.

Dated: **October 11, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE